Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Indiana

Case number (*If known*): _____ Chapter ____11____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Bespoke Construction LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | _____ <br> _____ <br> _____ <br> _____ <br> _____ |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 81-3175587 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8575 Zionsville Road | _____ |
| Number       Street | Number       Street |
| _____ | _____ |
| | P.O. Box |
| Indianapolis          IN     46268 | _____ |
| City                State     ZIP Code | City                State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Marion County | _____ |
| County | Number       Street |
| | _____ |
| | _____ |
| | City                State     ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.bespokein.com |

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

Debtor   Bespoke Construction LLC                       Case number *(if known)*_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

2361____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                               MM / DD / YYYY

        District _____ When _____ Case number _____
                               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                   MM / DD / YYYY

        Case number, if known _____

Debtor    Bespoke Construction LLC
_____    Case number (if known)_____
Name

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                          Number          Street

_____

_____    _____    _____
City                                                 State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

     Contact name _____

     Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor   Bespoke Construction LLC
_____
Name

Case number *(if known)*_____

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** --   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/16/2025
          MM   /  DD / YYYY

✖ /s/ Robert Cooper
_____
Signature of authorized representative of debtor

Robert Cooper
_____
Printed name

Title _____

**18. Signature of attorney**

✖ /s/ Jeffrey Hester
_____
Signature of attorney for debtor

Date  07/16/2025
MM   / DD / YYYY

Jeffrey Hester
_____
Printed name

Hester Baker Krebs LLC
_____
Firm name

One Indiana Sq Suite 1330
_____
Number          Street

Indianapolis
_____
City

IN
_____
State

46204
_____
ZIP Code

317-833-3030
_____
Contact phone

jhester@hbkfirm.com
_____
Email address

22048-49
_____
Bar number

IN
_____
State

**Fill in this information to identify the case:**

Debtor name _____Bespoke Construction LLC_____

United States Bankruptcy Court for the: ___Southern District of Indiana___

(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...............................................
   
   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...............................................
   
   $ 1,425,361.09

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...............................................
   
   $ 1,425,361.09

---

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...............
   
   $ 2,964,868.88

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...............................................
   
   $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...............................................
   
   +$ 2,415,097.87

4. **Total liabilities** ...............................................
   Lines 2 + 3a + 3b
   
   $ 5,379,966.75

**Fill in this information to identify the case:**

Debtor name    Bespoke Construction LLC

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Capital One P.O. Box 30285 Salt Lake City, UT, 84130-0285 | | Credit Card Debt | | | | 254,005.21 |
| 2 | Captial One Spark P.O. Box 30285 Salt Lake City, UT, 84130 | | Credit Card Debt | | | | 226,320.59 |
| 3 | The Premier Group 12345 Old Meridian Street Carmel, IN, 46032 | karen.h@premier-group.com | Suppliers or Vendors | | | | 150,000.00 |
| 4 | WebBank c/o QuickBooks Captial P.O. Box 842978 Dallas, TX, 75284 | servicing@intuit.com | Chargebacks | | | | 135,000.00 |
| 5 | McComb Window 5425 W.74th Street, Suite 200 Indianapolis, IN, 46268 | chenry@mccombpella.com | Suppliers or Vendors | | | | 121,000.00 |
| 6 | American Builders & Contractors Supply Co., Inc. PO Box 415636 Boston, MA, 02241 | stephanie.arnett@abcsupply.com | Suppliers or Vendors | | | | 91,879.80 |
| 7 | ProBuild 6031 Connection Drive, Suite 400 Irving, TX, 75039 | justin.curts@bldr.com | Suppliers or Vendors | | | | 91,000.00 |
| 8 | JP Morgan Chase Card Services P.O. Box 15369 Wilmington, DE, 19850 | | Credit Card Debt | | | | 86,195.85 |

Debtor   Bespoke Construction LLC

Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 WebBank c/o QuickBooks Captial P.O. Box 842978 Dallas, TX, 75284 | servicing@intuit.com | | | | | 84,834.30 |
| 10 Menards P.O. Box 60506 City of Industry, CA, 91716 | | Credit Card Debt | | | | 57,300.56 |
| 11 Citibank, N.A. Bankruptcy Processing P.O. Box 6786 Sioux Falls, SD, 57117-6786 | | Credit Card Debt | | | | 44,838.88 |
| 12 American Express P.O. Box 981537 El Paso, TX, 79998 | correspondence@zwickerassociates.com | Credit Card Debt | | | | 42,371.22 |
| 13 Synchrony Bank / Lowe's P.O. Box 965064 Orlando, FL, 32896-5064 | rpcbanking@syf.com | Credit Card Debt | | | | 42,041.07 |
| 14 Brickworks Supply LLC c/o Southfield 8995 W 95th St. Palos Hills, IL, 60465 | ken.stakey@brickworksna.com | Suppliers or Vendors | | | | 41,864.63 |
| 15 JP Morgan Chase Card Services P.O. Box 15369 Wilmington, DE, 19850 | | Credit Card Debt | | | | 41,566.02 |
| 16 MNM Masonry 8911 Lavendar Ct. Noblesville, IN, 46060 | | Services | Disputed Unliquidated Contingent | | | 39,406.10 |
| 17 Decks and Docks 4322 W. 96th Street Indianapolis, IN, 46268 | perry@monioudislaw.com | | | | | 37,726.29 |
| 18 Redefined Flooring 7330 E. 90th Street, #2 Indianapolis, IN, 46256 | eathin@redefinedflooring.net | Suppliers or Vendors | | | | 30,509.71 |
| 19 WebBank c/o QuickBooks Captial P.O. Box 842978 Dallas, TX, 75284 | servicing@intuit.com | Monies Loaned / Advanced | | | | 28,517.85 |
| 20 Lee Supply 6610 Guion Road Indianapolis, IN, 46268 | amy.gott@gotolee.com | Suppliers or Vendors | | | | 28,345.70 |

**Fill in this information to identify the case:**

Debtor name     Bespoke Construction LLC

United States Bankruptcy Court for the:   Southern District of Indiana

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**     $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. JP Morgan Chase Bank (Checking Account)(Acct end | Checking | 1  0  3  3 | $ 1,461.09 |
| 3.2. See continuation sheet | | | $ 100.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $ _____
   4.2. _____     $ _____

5. **Total of Part 1**     $ 1,561.09

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1.  Security deposit for leased premises     $ 8,800.00
   7.2.  _____     $ _____

Debtor  Bespoke Construction LLC
_____
Name

Case number (if known)_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $_____

8.2._____  $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ **8,800.00**

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:   110,000.00 _____ − 0.00 _____ = ....➜   $ 110,000.00
                          face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   550,000.00 _____ − 0.00 _____ = ....➜   $ 550,000.00
                        face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 660,000.00

## Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $_____

14.2. _____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

15.1._____  _____%  _____  $_____

15.2._____  _____%  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____  _____  $_____

16.2._____  _____  $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor  Bespoke Construction LLC
_____
Name

Case number (if known)_____

---

**Part 5:**  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> See continuation sheet | ___ MM / DD / YYYY | $ 0.00 | _____ | $ 27,000.00 |
| 20. **Work in progress** <br> See continuation sheet | ___ MM / DD / YYYY | $ 0.00 | _____ | $ 70,000.00 |
| 21. **Finished goods, including goods held for resale** <br> _____ | ___ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** <br> Misc Inventory | ___ MM / DD / YYYY | $ _____ | _____ | $ 20,000.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 117,000.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish <br> _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $ _____ | _____ | $ _____ |

Debtor  Bespoke Construction LLC
_____
Name

Case number (if known)_____

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>See continuation sheet | $ 0.00 | _____ | $ 25,000.00 |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 25,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Bespoke Construction LLC
          _____
          Name

Case number (if known)_____

---

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2022 Ford F350 (VIN ending 9655)(Mileage 38,614) | $_____ | _____ | $ 70,000.00 |
| 47.2  GMC 1500(2022)(VIN ending 8835)(Mileage 52,709) | $_____ | _____ | $ 27,000.00 |
| 47.3  GMC 1500(2022)(VIN ending 3934)(Mileage 64,501) | $_____ | _____ | $ 25,000.00 |
| 47.4  See continuation sheet | $ 0.00 | _____ | $ 255,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00 | | $ 236,000.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 613,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Bespoke Construction LLC
_____
_____    Name

Case number (if known)_____

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
   - ☑ No. Go to Part 10.
   - ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☐ No
   - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☑ No. Go to Part 11.
   - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $_____

---

Debtor ___Bespoke Construction LLC_____     Case number (if known)_____
              Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   0.00 ___ _ 0.00 _____ = ➜ $ 0.00 _____
                                Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Possible NOL _____     Tax year _2024___   $ Unknown _____

_____     Tax year _____   $ _____

_____     Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

_____     $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet _____     $ Unknown _____

Nature of claim          _____

Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____     $ _____

Nature of claim          _____

Amount requested     $_____

76. **Trusts, equitable or future interests in property**

_____     $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____     $ _____

_____     $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.     $ 0.00 _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  Bespoke Construction LLC
        _____
        Name                                                    Case number *(if known)*_____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,561.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 8,800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 660,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 117,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 25,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 613,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,425,361.09 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ................................................... 1,425,361.09    $ 1,425,361.09

---

Debtor 1    Bespoke Construction LLC

First Name    Middle Name    Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| National Bank of Indianapolis | Checking | 1117 |
| Balance: 100.00 | | |
| Lake City Bank | Checking | 2254 |
| Balance: 0.00 | | |

**19) Raw materials**

| General description | Date of the last physical inventory | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| Lumber stock | | | | 6,000.00 |
| Sheet goods | | | | 15,000.00 |
| Hardware | | | | 6,000.00 |

**20) Work in progress**

| General description | Date of the last physical inventory | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| Work in progress - other | | | | 15,000.00 |
| Work in progress - Wilson | | | | 55,000.00 |

**41) Office equipment, including all computer equipment and communication systems equipment and software**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Office and tech | | | 25,000.00 |
| Furniture | 5000 | | 0.00 |

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Ford F350 (2021)(VIN ending | | | 65,000.00 |

| Debtor 1 | Bespoke Construction LLC | | Case number (if known)_____ |
|---|---|---|---|
| | First Name      Middle Name      Last Name | | |

### Continuation Sheet for Official Form 206 A/B

860)

| | |
|---|---|
| Transit t250 16 (VIN ending 7560)(Mileage 147, 141) | 13,000.00 |
| GMC 3500 SRW (VIN ending 1602)(Mileage 52, 246) | 60,000.00 |
| GMC 1500 (2017)(VIN ending 5841)(154,851) | 10,000.00 |
| GMC 1500 (2018)(VIN ending 1343)(Mileage 128, 455) | 18,000.00 |
| Transit t250 18 (VIN ending 6957)(Mileage 132, 192) | 16,000.00 |
| Transit t250 16 (VIN ending 0218)(Mileage 92, 901) | 13,000.00 |
| GMC 3500 DRW (VIN ending 9922)(Mileage 63, 376) | 60,000.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Black Box Trailer | | | 7,000.00 |
| Goose Neck Dump | | | 16,000.00 |
| Tilt trailer | | | 3,000.00 |
| Tools and Equipment | | | 35,000.00 |
| Bumper Dump | | | 3,000.00 |
| P 12/10 Pro Panelsaw - 5hp 220v 1ph w/ dust collector | | | 15,000.00 |
| Laguna Shaper | | | 5,000.00 |
| Small Extractor | | | 4,000.00 |

Debtor 1    Bespoke Construction LLC

First Name    Middle Name    Last Name

Case number (*if known*)_____

## Continuation Sheet for Official Form 206 A/B

Wide Belt Sander                                    35,000.00

Silver Box Trailer                                  7,000.00

Sprayers                                            4,000.00

Racking                                             6,000.00

ShopSmart CNC                                       75,000.00

Large Extractor                                     8,000.00

Kreg Faceframe
table                                              5,000.00

Flat bed trailer                                    8,000.00


**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| General description | Nature of claim | Amount requested | Current value |
|---|---|---|---|
| Shane Tribble | Theft of Equipment | 100,000.00 | Unknown |
| Claims against subcontractors | Breach of Contract | 110,000.00 | Unknown |

**Fill in this information to identify the case:**

Debtor name  Bespoke Construction LLC

United States Bankruptcy Court for the:  Southern District of Indiana

Case number (If known):  _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
Allison Harms

**Describe debtor's property that is subject to a lien**

$ 217,527.48     $ 0.00

**Creditor's mailing address**
12077 Leighton Court
Carmel, IN 46032

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
C T Corporation System, as Representative

**Describe debtor's property that is subject to a lien**
All assets now owner or acquired including all assets, accounts receivable, chattel paper, inventory, equipment, instruments, investment properties, documents, deposit accounts, general intangibles

$0.00     $0.00

**Creditor's mailing address**
Attn: SPRS
330 N. Brand Blvd., Suite 700, Glendale, C.

**Describe the lien**
Agreement you made, UCC Financing Stmt;

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 2,964,868.88

Debtor  Bespoke Construction LLC
        Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** **Creditor's name**
C T Corporation System, as Representative

_____

**Creditor's mailing address**

Attn: SPRS
330 N. Brand Blvd., Suite 700, Glendale, C.

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All accounts, all despoit accounts, accounts receivable, other receivables

**Describe the lien**

Agreement you made, UCC Financing Stmt;

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

---

**2.4** **Creditor's name**
C T Corporation System, as Representative

_____

**Creditor's mailing address**

Attn: SPRS
330 N. Brand Blvd., Suite 700, Glendale, C.

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables and proceeds

**Describe the lien**

Agreement you made, UCC Financing Stmt;

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

---

Debtor    Bespoke Construction LLC

Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**

Capitalize Group, LLC

_____

**Creditor's mailing address**

99 Wall Street, Suite 152

New York, NY 10005

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$206,253.04      $0.00

**Describe the lien**

Agreement you made, Judgment

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.6** **Creditor's name**

Corporation Service Company, as Representative

_____

**Creditor's mailing address**

P.O. Box 2576

Springfield, IL 62708

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All machinery, equipment, furniture, furnishings, tools, tooling, fixtures, and accessories; all inventory, accounts receivable, instruments

$0.00      $0.00

**Describe the lien**

Agreement you made, UCC Financing Stmt;

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   Bespoke Construction LLC
_____   Case number (if known)_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

### 2.7

**Creditor's name**
FC Marketplace, LLC

**Creditor's mailing address**

707 17th Street, Suite 2200
Denver, CO 80202

**Creditor's email address, if known**

loanquestions@fundingcircle.com

**Date debt was incurred**   8/19/2022
**Last 4 digits of account number**   6152

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$188,113.77            $0.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.8

**Creditor's name**
Funding Circle

**Creditor's mailing address**

P.O. Box 206536
Dallas, TX 75320

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**   6615

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$188,113.77            $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Bespoke Construction LLC
          _____
          Name

Case number (*if known*)_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** Creditor's name
Huntington Bank
_____

**Creditor's mailing address**

P.O. Box 182519
Columbus, OH 43218
_____

**Creditor's email address, if known**

5048
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

Do multiple creditors have an interest in the same property?

☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Ford F350 (VIN ending 9655)(Mileage 38,614)

$41,068.15      $70,000.00

**Describe the lien**

Agreement you made
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.10** Creditor's name
Lake City Bank
_____

**Creditor's mailing address**

P.O. Box 1387
Warsaw, IN 46581
_____

**Creditor's email address, if known**

ryan.hart@lakecitybank.com
_____

**Date debt was incurred** _____

**Last 4 digits of account number** 9013

Do multiple creditors have an interest in the same property?

☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Accounts; Contract rights; chattel paper and general intangibles, inventory, equipment, and machinery

$313,457.63      $ 0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Bespoke Construction LLC
_____
Name

Case number (if known)_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.11** **Creditor's name**
Lake City Bank
_____

**Creditor's mailing address**

P.O. Box 1387
Warsaw, IN 46581
_____

**Creditor's email address, if known**

ryan.hart@lakecitybank.com
_____

**Date debt was incurred** _____

**Last 4 digits of account number** 9010

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$54,420.36     $0.00

**2.12** **Creditor's name**
Lake City Bank
_____

**Creditor's mailing address**

P.O. Box 1387
Warsaw, IN 46581
_____

**Creditor's email address, if known**

ryan.hart@lakecitybank.com
_____

**Date debt was incurred** _____

**Last 4 digits of account number** 9008

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,741.33     $0.00

Debtor    **Bespoke Construction LLC**
      Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.13** **Creditor's name**
Lake City Bank

_____

**Creditor's mailing address**

P.O. Box 1387
Warsaw, IN 46581

_____

**Creditor's email address, if known**

ryan.hart@lakecitybank.com

_____

**Date debt was incurred** _____

**Last 4 digits of account number**          9007

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ┌─────────────────────────────┐
    └─────────────────────────────┘

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,076.41          $0.00

---

**2.14** **Creditor's name**
Lake City Bank

_____

**Creditor's mailing address**

P.O. Box 1387
Warsaw, IN 46581

_____

**Creditor's email address, if known**

ryan.hart@lakecitybank.com

_____

**Date debt was incurred** _____

**Last 4 digits of account number**          9012

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ┌─────────────────────────────┐
    └─────────────────────────────┘

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$48,648.93          $ 0.00

---

| Debtor | Bespoke Construction LLC | |
|---|---|---|
| | Name | |

Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.15 Creditor's name**
Lake City Bank

_____

**Creditor's mailing address**

P.O. Box 1387
Warsaw, IN 46581

_____

**Creditor's email address, if known**

ryan.hart@lakecitybank.com

_____

**Date debt was incurred** _____

**Last 4 digits of account number** 9009

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$20,785.63    $0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16 Creditor's name**
Lake City Bank

_____

**Creditor's mailing address**

P.O. Box 1387
Warsaw, IN 46581

_____

**Creditor's email address, if known**

ryan.hart@lakecitybank.com

_____

**Date debt was incurred** _____

**Last 4 digits of account number** 9011

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                                    ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$53,985.86    $ 0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Bespoke Construction LLC
          Name

Case number (if known)_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.17** **Creditor's name**
Lake City Bank

_____

**Creditor's mailing address**

100 W. 96th Street
Indianapolis, IN 46260

**Creditor's email address, if known**
ryan.hart@lakecitybank.com

**Date debt was incurred** _____
**Last 4 digits of account number** 0401

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$996,250.00    $0.00

---

**2.18** **Creditor's name**
LEAF Capital Funding, LLC

_____

**Creditor's mailing address**

2005 Market Street, 14th Floor
Philadelphia, PA 19103

**Creditor's email address, if known**
eedmonds@leafnow.com

**Date debt was incurred** _____
**Last 4 digits of account number** 1001

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Wide Belt Sander

**Describe the lien**
Agreement you made, UCC Financing Stmt;

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,501.98    $35,000.00

---

Debtor  Bespoke Construction LLC
Name

Case number (if known)_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---------|-----------------|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19 Creditor's name**
LEAF Capital Funding, LLC

**Describe debtor's property that is subject to a lien**

$11,901.30          $0.00

**Creditor's mailing address**

2005 Market Street, 14th Floor
Philadelphia, PA 19103

**Creditor's email address, if known**

eedmonds@leafnow.com

**Describe the lien**

**Date debt was incurred** _____

**Last 4 digits of account number** 1002

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

**2.20 Creditor's name**
LG Funding LLC

**Describe debtor's property that is subject to a lien**

$200,000.00          $0.00

**Creditor's mailing address**

1218 Union Street
Brooklyn, NY 11225

**Creditor's email address, if known**

**Date debt was incurred** 10/31/2024

**Last 4 digits of account number** _____

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   Bespoke Construction LLC
         Name

Case number (if known)_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.21** **Creditor's name**
Navitas Credit Corp.
_____

**Creditor's mailing address**
P.O. Box 935204
Atlanta, GA 31193

**Creditor's email address, if known**
jadams@navitascredit.com

**Date debt was incurred** _____
**Last 4 digits of account number**    9800

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
P 12/10 Pro Panelsaw - 5hp 220v 1ph w/ dust collector

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $21,911.04   Column B: $15,000.00

**2.22** **Creditor's name**
Paychex
_____

**Creditor's mailing address**
911 Panorama Trail
Rochester, NY 14625

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $142,000.00   Column B: $0.00

Debtor **Bespoke Construction LLC**
_____
Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---------|-----------------|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.23** **Creditor's name**
Rowan Advance
_____

**Creditor's mailing address**

1130 Bedford Ave., #68
Brooklyn, NY 11216
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$115,077.20 | $0.00

---

**2.24** **Creditor's name**
Unique Funding Solutions LLC
_____

**Creditor's mailing address**

4600 Sheridan Street, Suite 301A
Hollywood, FL 33021
_____

**Creditor's email address, if known**
reconcilations@ufsfunding.com
_____

**Date debt was incurred** 11/29/2024

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$86,035.00 | $0.00

---

Debtor    Bespoke Construction LLC
_____    Case number (if known)_____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| AWN&R Commercial Law Group, PLLC<br>30 Two Bridges Rd., Suite 100<br>New York, NY, 10005 | Line 2. 5 | _____ |
| AWN&R Commercial Law Group, PLLC<br>14 Wall Street, 20th Floor<br>New York, NY, 10005 | Line 2. 5 | _____ |
| Lieberman and Klestzick, LLP<br>1855 Griffin Road, DCOTA-A350<br>Dania Beach, FL, 33004 | Line 2. 24 | _____ |
| Michael L. Einterz<br>Einterz & Einterz<br>4600 Northwest Plaza West Driwew<br>Zionsville, IN, 46077 | Line 2. 1 | _____ |
| Unique Funding Solutions, LLC<br>71 Central Avenue, Suite 200<br>Valley Stream, NY, 11580 | Line 2. 24 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Bespoke Construction LLC

United States Bankruptcy Court for the:   Southern District of Indiana

Case number
(if known)   _____

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with **PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**
Indiana Department of Revenue
Bankruptcy Section
100 N. Senate Avenue, MS 108
Indianapolis, IN 46204

As of the petition filing date, the claim is: $ Unknown    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** | **Priority creditor's name and mailing address**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is: $ Unknown    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Debtor  Bespoke Construction LLC
        Name

Case number (if known)

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
84 Lumber
P.O. Box 365
Eighty Four, PA 15330-0365

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 26,689.73

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   3000

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
ABC Cutting Contractors
P.O. Box 8
Whiteland, IN 46184

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 600.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   7600

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
ABT
8610 East 106th Street
Fishers, IN 46037

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 10,090.22

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   4200

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
AES Indiana
P.O. Box 110
Indianapolis, IN 46206-0110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,437.06

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   7744

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Aetna
P.O. Box 1184
Bedford Park, IL 60499

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 3,473.64

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   0900

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Aflac
1932 Wynnton Road
Columbus, GA 31999

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Services

$ 2,309.24

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   LUP01

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor _____Bespoke Construction LLC_____
        Name

Case number _(if known)_ _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7** | **Nonpriority creditor's name and mailing address**

Aflac
1932 Wynnton Road
Columbus, GA 31999

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number    1910

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,439.40

---

**3.8** | **Nonpriority creditor's name and mailing address**

Allegion
65 Scott Swamp Road
Farmington, CT 06032

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number    8200

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,545.00

---

**3.9** | **Nonpriority creditor's name and mailing address**

American Builders & Contractors Supply Co., Inc.
PO Box 415636
Boston, MA 02241

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 91,879.80

---

**3.10** | **Nonpriority creditor's name and mailing address**

American Express
P.O. Box 981535
El Paso, TX 79998-1535

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number    4100

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,458.34

---

**3.11** | **Nonpriority creditor's name and mailing address**

American Express
P.O. Box 981535
El Paso, TX 79998-1535

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number    3100

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,351.95

---

Debtor _____Bespoke Construction LLC_____
     Name

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

American Express
P.O. Box 981535
El Paso, TX 79998-1535

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,882.98

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___7100___

---

**3.13** Nonpriority creditor's name and mailing address

American Express
P.O. Box 981537
El Paso, TX 79998

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 42,371.22

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___9100___

---

**3.14** Nonpriority creditor's name and mailing address

Artash Investment, LLC
21500 Burbank Blvd, Apt 214
Woodland Hills, CA 91367

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.15** Nonpriority creditor's name and mailing address

AT&T
c/o Bankruptcy
2220 Campbell Creek Blvd.
Richardson, TX 75082

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 874.50

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___3669___

---

**3.16** Nonpriority creditor's name and mailing address

Beehler Cabinerty
745 Hawthorne Street
Zionsville, IN 46077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 14,640.81

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor _____Bespoke Construction LLC_____     Case number _(if known)_____
           Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17**   **Nonpriority creditor's name and mailing address**

Brickworks Supply LLC
c/o Southfield
8995 W 95th St.
Palos Hills, IL 60465

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      9/16/2020
Last 4 digits of account number      9500

$ 41,864.63

---

**3.18**   **Nonpriority creditor's name and mailing address**

Caldwells
P.O. Box 272
Morristown, IN 46161

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      _____

$ 4,076.20

---

**3.19**   **Nonpriority creditor's name and mailing address**

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      8157

$ 254,005.21

---

**3.20**   **Nonpriority creditor's name and mailing address**

Captial One Spark
P.O. Box 30285
Salt Lake City, UT 84130

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      1509

$ 226,320.59

---

**3.21**   **Nonpriority creditor's name and mailing address**

Citibank, N.A.
Bankruptcy Processing
P.O. Box 6786
Sioux Falls, SD 57117-6786

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____
Last 4 digits of account number      0620

$ 44,838.88

---

Debtor   Bespoke Construction LLC
         _____          Case number _(if known)_ _____
         Name

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.22** Nonpriority creditor's name and mailing address

CitiCards / Costco
P.O. Box 9001016
Louisville, KY 40290-1016

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 24,730.04

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   1346

---

**3.23** Nonpriority creditor's name and mailing address

Comcast Cable
P.O. Box 7500
Southeastern, PA 19398-7500

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Services

$ 343.18

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   9910

---

**3.24** Nonpriority creditor's name and mailing address

Comcast Cable
P.O. Box 7500
Southeastern, PA 19398-7500

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Utility Services

$ 376.45

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   6230

---

**3.25** Nonpriority creditor's name and mailing address

Decks and Docks
4322 W. 96th Street
Indianapolis, IN 46268

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 37,726.29

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.26** Nonpriority creditor's name and mailing address

Discount Tire
P.O. Box 842349
Los Angeles, CA 90084

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

$ 4,056.03

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   9884

---

Debtor Bespoke Construction LLC
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** Nonpriority creditor's name and mailing address

DSI
P.O. Box 7411443
Chicago, IL 60674-1443

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number ___1623___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,660.39

---

**3.28** Nonpriority creditor's name and mailing address

Ecobak
8511 Zionsville Road
Indianapolis, IN 46268

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21,783.13

---

**3.29** Nonpriority creditor's name and mailing address

Equipment Share
P.O. Box 650429
Dallas, TX 75265-0429

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number ___50214___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,464.90

---

**3.30** Nonpriority creditor's name and mailing address

First National Bank of Omaha / BPme Rewards
P.O. Box 3128
Omaha, NE 68103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number ___7545___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,042.13

---

**3.31** Nonpriority creditor's name and mailing address

Floor and Decor
P.O. Box 842787
Dallas, TX 75284-2787

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number ___0551___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,747.34

---

Debtor  Bespoke Construction LLC
_____
        Name

Case number (if known)_____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32  Nonpriority creditor's name and mailing address**

Ford Fleetcare
P.O. Box 773317
Detroit, MI 48277

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 5,538.05

---

**3.33  Nonpriority creditor's name and mailing address**

Four Seasons
618 Huber Drive
Lizton, IN 46149

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 3,772.16

---

**3.34  Nonpriority creditor's name and mailing address**

Frank Miller
1690 Frank Miller Rd.
Union City, IN 47390

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 5,825.00

---

**3.35  Nonpriority creditor's name and mailing address**

George's Concrete
1541 Churchman Ave
Indianapolis, IN 46203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,711.00

---

**3.36  Nonpriority creditor's name and mailing address**

Godby HVAC
7852 Moller Rd.
Indianapolis, IN 46268

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 3,287.34

---

Debtor _____Bespoke Construction LLC_____
     Name

Case number *(if known)* _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 37   **Nonpriority creditor's name and mailing address**

Happy Valley Sand and Gravel
4232 E. US Hwy 40
Plainfield, IN 46168

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,049.53

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 38   **Nonpriority creditor's name and mailing address**

Home Depot Credit Services
P.O. Box 790328
Saint Louis, MO 63179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22,742.28

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ____5578____

---

**3.** 39   **Nonpriority creditor's name and mailing address**

Irving Materials, Inc.
P.O. Box 7048, Group #2
Indianapolis, IN 46207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,226.12

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ____9653____

---

**3.** 40   **Nonpriority creditor's name and mailing address**

JP Morgan Chase Card Services
P.O. Box 15369
Wilmington, DE 19850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,972.31

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ____7181____

---

**3.** 41   **Nonpriority creditor's name and mailing address**

JP Morgan Chase Card Services
P.O. Box 15369
Wilmington, DE 19850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,436.04

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ____6121____

---

Debtor  Bespoke Construction LLC
 _____    Case number *(if known)* _____
 Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

JP Morgan Chase Card Services
P.O. Box 15369
Wilmington, DE 19850

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 86,195.85

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   6197

---

**3.43** Nonpriority creditor's name and mailing address

JP Morgan Chase Card Services
P.O. Box 15369
Wilmington, DE 19850

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 20,334.33

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   9956

---

**3.44** Nonpriority creditor's name and mailing address

JP Morgan Chase Card Services
P.O. Box 15369
Wilmington, DE 19850

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 41,566.02

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   0646

---

**3.45** Nonpriority creditor's name and mailing address

Lake City Bank
P.O. Box 790408
Saint Louis, MO 63179

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 13,509.34

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   7561

---

**3.46** Nonpriority creditor's name and mailing address

Lee Supply
6610 Guion Road
Indianapolis, IN 46268

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 28,345.70

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   4286

---

Debtor    Bespoke Construction LLC
_____    Case number (if known) _____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 47    **Nonpriority creditor's name and mailing address**

McComb Window
5425 W.74th Street, Suite 200
Indianapolis, IN 46268

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 121,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 48    **Nonpriority creditor's name and mailing address**

Menards
P.O. Box 60506
City of Industry, CA 91716

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 57,300.56

Date or dates debt was incurred    _____

Last 4 digits of account number    4239

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 49    **Nonpriority creditor's name and mailing address**

MNM Masonry
8911 Lavendar Ct.
Noblesville, IN 46060

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 39,406.10

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 50    **Nonpriority creditor's name and mailing address**

Porta Palace
7995 W. 21st Street
Indianapolis, IN 46214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 387.00

Date or dates debt was incurred    _____

Last 4 digits of account number    C525

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 51    **Nonpriority creditor's name and mailing address**

ProBuild
6031 Connection Drive, Suite 400
Irving, TX 75039

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 91,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____Bespoke Construction LLC_____    Case number _(if known)_____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** **Nonpriority creditor's name and mailing address**

Redefined Flooring
7330 E. 90th Street, #2
Indianapolis, IN 46256

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 30,509.71

---

**3.53** **Nonpriority creditor's name and mailing address**

Richelieu
237 North River Road., Suite 2
Mount Clemens, MI 48043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    3643

$ 1,002.79

---

**3.54** **Nonpriority creditor's name and mailing address**

Robert Cooper
4370 W. 126 St
Zionsville, IN 46077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 395,000.00

---

**3.55** **Nonpriority creditor's name and mailing address**

Sherwin Williams
101 W. Prospect Avenue
Cleveland, OH 44115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,775.25

---

**3.56** **Nonpriority creditor's name and mailing address**

Site One
24110 Network Place
Chicago, IL 60673-1241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    6281

$ 692.31

---

Debtor ___Bespoke Construction LLC_____  Case number _(if known)_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** | **Nonpriority creditor's name and mailing address**

Speedway Superfleet
109 Northpark Blvd., suite 500
Covington, LA 70433

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 8,874.65

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___NG845___

---

**3.58** | **Nonpriority creditor's name and mailing address**

Spraynet
10330 Pleasant St., Suite 400
Noblesville, IN 46060

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,711.35

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.59** | **Nonpriority creditor's name and mailing address**

Synchrony Bank / Amazon
P.O. Box 965064
Orlando, FL 32896-5064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,997.44

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___7132___

---

**3.60** | **Nonpriority creditor's name and mailing address**

Synchrony Bank / Amazon
P.O. Box 71711
Philadelphia, PA 19176

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 6,843.36

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___0461___

---

**3.61** | **Nonpriority creditor's name and mailing address**

Synchrony Bank / Amazon
P.O. Box 965064
Orlando, FL 32896-5064

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,997.44

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___7132___

---

Debtor   Bespoke Construction LLC _____   Case number *(if known)* _____
          Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 62   **Nonpriority creditor's name and mailing address**

Synchrony Bank / Lowe's
P.O. Box 965064
Orlando, FL 32896-5064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   8157

$ 42,041.07

---

**3.** 63   **Nonpriority creditor's name and mailing address**

Synchrony Bank / Lowe's
P.O. Box 965064
Orlando, FL 32896-5064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   5899

$ 18,395.73

---

**3.** 64   **Nonpriority creditor's name and mailing address**

The Premier Group
12345 Old Meridian Street
Carmel, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 150,000.00

---

**3.** 65   **Nonpriority creditor's name and mailing address**

Tile Shop
P.O. Box 735431
Chicago, IL 60673-5431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   8849

$ 1,118.09

---

**3.** 66   **Nonpriority creditor's name and mailing address**

U.S. Bank
Cardmember Services
P.O. Box 6335
Fargo, ND 58125-6335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   4546

$ 3,811.66

---

Debtor    Bespoke Construction LLC
_____
Name
Case number *(if known)* _____

| **Part 2:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 67  **Nonpriority creditor's name and mailing address**

Watson CPA
11590 N. Meridian Street, Suite 230
Carmel, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,290.91

---

**3.** 68  **Nonpriority creditor's name and mailing address**

WebBank
c/o QuickBooks Captial
P.O. Box 842978
Dallas, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 28,517.85

---

**3.** 69  **Nonpriority creditor's name and mailing address**

WebBank
c/o QuickBooks Captial
P.O. Box 842978
Dallas, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    11/21/2024
Last 4 digits of account number    c2f6

$ 84,834.30

---

**3.** 70  **Nonpriority creditor's name and mailing address**

WebBank
c/o QuickBooks Captial
P.O. Box 842978
Dallas, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Chargebacks

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 135,000.00

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ _____

Debtor  Bespoke Construction LLC
_____    _____
Name                                                Case number (if known)

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | AFLAC<br>P.O. Box 5626<br>Chicago, IL, 60680 | Line 3.7<br>☐ Not listed. Explain: | _____ |
| 4.2. | American Builders & Contractors Supply Co., Inc.<br>One ABC Parkway<br>Beloit, WI, 53511 | Line 3.9<br>☐ Not listed. Explain | _____ |
| 4.3. | Berkshire Law, LLC<br>1320 E. Vermont Street<br>Indianapolis, IN, 46202 | Line 3.14<br>☐ Not listed. Explain | _____ |
| 4.4. | BP<br>P.O. Box 9033<br>Fallbrook, CA, 92088 | Line 3.30<br>☐ Not listed. Explain | _____ |
| 4¹. | Camden & Meridew PC<br>10412 Allisonville Rd., Suite 200<br>Fishers, IN, 46038 | Line 3.49<br>☐ Not listed. Explain | _____ |
| 4.5. | Capital One<br>P.O. Box 4069<br>Carol Stream, IL, 60197-4069 | Line 3.19<br>☐ Not listed. Explain | _____ |
| 4.6. | JP Morgan Chase<br>P.O. Box 5294<br>Carol Stream, IL, 60197 | Line 3.43<br>☐ Not listed. Explain | _____ |
| 4.7. | Perry d. Monioudis, P.A.<br>1398 S.W. 160th Ave., Suite 102<br>Weston, FL, 33326 | Line 3.25<br>☐ Not listed. Explain | _____ |
| 4.8. | Reynold Berry<br>Rubin & Levin<br>135 N. Pennsylvania St., Suite 1400<br>Indianapolis, IN, 46204 | Line 3.9<br>☐ Not listed. Explain | _____ |
| 4.9. | U.S. Bank<br>P.O. Box 790408<br>St Louis, MO, 63179 | Line 3.66<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

Debtor ___Bespoke Construction LLC_____     Case number _(if known)_____
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 2,415,097.87 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,415,097.87 |

**Fill in this information to identify the case:**

Debtor name _Bespoke Construction LLC_

United States Bankruptcy Court for the: _Southern District of Indiana_

Case number (If known): _____   Chapter _11_

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | 8575-8577 Zionsville Road, Indianapolis, IN 46268; and 8585 Zionsville Road, Indianapolis, IN | ALP-ARC 1 Indy 1 Operating Company, LLC c/o Arden Group 1600 Market Street, Suite 2600 Philadelphia, PA, 19103 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Contract with Client for Construction Services | James and Jill Wilson 6250 Stonegate Ln Zionsville, IN, 46077 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Fill in this information to identify the case:

Debtor name __Bespoke Construction LLC__

United States Bankruptcy Court for the: __Southern District of Indiana__

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Robert Cooper | 4370 W. 126th Street Zionsville, IN 46077 | Artash Investment, LLC | ☐ D ☑ E/F ☐ G |
| 2.2 Robert Cooper | 4370 W. 126th Street Zionsville, IN 46077 | Allison Harms | ☑ D ☐ E/F ☐ G |
| 2.3 C3 Cabinet Company | 8575 Zionsville Road Zionsville, IN 46077 | C T Corporation System, a | ☑ D ☐ E/F ☐ G |
| 2.4 Screw It LLC | 8575 Zionsville Road Zionsville, IN 46077 | C T Corporation System, a | ☑ D ☐ E/F ☐ G |
| 2.5 SA Design, LLC | 8575 Zionsville Road Zionsville, IN 46077 | C T Corporation System, a | ☑ D ☐ E/F ☐ G |
| 2.6 Bespoke Developmer | 8575 Zionsville Road Zionsville, IN 46077 | C T Corporation System, a | ☑ D ☐ E/F ☐ G |

Debtor   Bespoke Construction LLC
_____
Name

Case number (if known)_____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.**7** | Indie Chegs, LLC | 4370 W. 126th Street Zionsville, IN | C T Corporation System, as Representative | ☑ D ☐ E/F ☐ G |
| 2.**8** | Yorkshire Concrete, LLC | 8575 Zionsville Road Zionsville, IN 46077 | C T Corporation System, as Representative | ☑ D ☐ E/F ☐ G |
| 2.**9** | Robert Cooper | 4370 W. 126th Street Zionsville, IN 46077 | Capitalize Group, LLC | ☑ D ☐ E/F ☐ G |
| 2.**10** | C3 Cabinet Company, LLC | 8575 Zionsville Road Zionsville, IN 46077 | Capitalize Group, LLC | ☑ D ☐ E/F ☐ G |
| 2.**11** | Robert Cooper | 4370 W. 126th Street Zionsville, IN 46077 | American Builders & Contractors Supply Co., Inc. | ☐ D ☑ E/F ☐ G |
| 2.**12** | Sarah Cooper | 4370 W. 126th Street Zionsville, IN 46077 | American Builders & Contractors Supply Co., Inc. | ☐ D ☑ E/F ☐ G |
| 2.**13** | Robert Cooper | 4370 W. 126th Street Zionsville, IN 46077 | Rowan Advance | ☑ D ☐ E/F ☐ G |
| 2.**14** | Robert Cooper | 4370 W. 126th Street Zionsville, IN 46077 | FC Marketplace, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Bespoke Construction LLC
_____
Name

Case number (if known)_____

  **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.15 Sarah Cooper | 4370 W. 126th Street Zionsville, IN 46077 | FC Marketplace, LLC | ☑ D ☐ E/F ☐ G |
| 2.16 Robert Cooper | 4370 W. 126th Street Zionsville, IN 46077 | Navitas Credit Corp. | ☑ D ☐ E/F ☐ G |
| 2.17 Sarah Cooper | 4370 W. 126th Street Zionsville, IN 46077 | Navitas Credit Corp. | ☑ D ☐ E/F ☐ G |
| 2.18 Robert Cooper | 4370 W. 126th Street Zionsville, IN 46077 | WebBank | ☐ D ☑ E/F ☐ G |
| 2.19 Robert Cooper | 4370 W. 126th Street Zionsville, IN 46077 | Equpiment Share | ☐ D ☑ E/F ☐ G |
| 2.20 Robert Cooper | 4370 W. 126th Street Zionsville, IN 46077 | Lake City Bank | ☑ D ☐ E/F ☐ G |
| 2.21 Sarah Cooper | 4370 W. 126th Street Zionsville, IN 46077 | Lake City Bank | ☑ D ☐ E/F ☐ G |
| 2.22 Robert Cooper | 4370 W. 126th Street Zionsville, IN 46077 | LEAF Capital Funding, LLC | ☑ D ☐ E/F ☐ G |

Debtor    Bespoke Construction LLC
_____    Case number (*if known*)_____
Name



### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | Sarah Cooper | 4370 W. 126th Street Zionsville, IN 46077 | LEAF Capital Funding, LLC | ☑ D ☐ E/F ☐ G |
| 2.24 | Robert Cooper | 4370 W. 126th Street Zionsville, IN 46077 | Captial One Spark | ☐ D ☑ E/F ☐ G |
| 2.25 | Robert Cooper | 4370 W. 126th Street Zionsville, IN 46077 | Unique Funding Solutions LLC | ☑ D ☐ E/F ☐ G |
| 2.26 | Robert Cooper | 4370 W. 126th Street Zionsville, IN 46077 | LG Funding LLC | ☑ D ☐ E/F ☐ G |
| 2.27 | Screw It LLC | 8575 Zionsville Road Zionsville, IN 46077 | Capitalize Group, LLC | ☑ D ☐ E/F ☐ G |
| 2.28 | SA Design, LLC | 8575 Zionsville Road Zionsville, IN 46077 | Capitalize Group, LLC | ☑ D ☐ E/F ☐ G |
| 2.29 | Yorkshire Concrete, LLC | 8575 Zionsville Road Zionsville, IN 46077 | Capitalize Group, LLC | ☑ D ☐ E/F ☐ G |
| 2.30 | Robert Cooper | 4370 W. 126th Street Zionsville, IN 46077 | Capital One | ☐ D ☑ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name _____ Bespoke Construction LLC

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 1,567,000.00 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 4,314,400.00 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 4,672,831.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | | _____ | $ _____ |

Debtor   Bespoke Construction LLC
_____   Case number (if known)_____
Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. _____<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $_____ | |

Debtor    Bespoke Construction LLC
            Name                                                Case number *(if known)*_____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Artash Investment, LLC v. Bespoke Construction, Robert Cooper and Sarah Cooper | Damages | Marion County Superior Court | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 49D05-2206-PL-020515 | | 200 E. Washington Street Indianapolis, IN 46204 | |
| 7.2. | American Builders & Contractors Supply Co. vs. Bespoke Construction, Robert Cooper and Sarah Cooper | Collection | Marion County Superior Court | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 49C01-2506-CC-029865 | | 200 E. Washington Street Indianapolis, IN 46204 | |

---

Debtor   Bespoke Construction LLC
_____    Case number (if known)_____
         Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| | **Case title** | **Court name and address** |
| | _____ | _____ Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss — If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

Debtor    Bespoke Construction LLC
_____    Case number *(if known)*_____
          Name

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Hester Baker Krebs LLC | | 07/14/2024 | $ 20,000.00 |
| | **Address** | | | |
| | One Indiana Square, Suite 1300 Indianapolis, IN 46204 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $_____ |
| | **Trustee** | | | |
| | | | | |

Debtor   Bespoke Construction LLC
_____
Name

Case number *(if known)*_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $ _____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $ _____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor    Bespoke Construction LLC
_____    Case number (if known)_____
Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. SSN numbers for work done on state contracts. SSN are redacted in files

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Bespoke Construction LLC
_____    Case number (if known)_____
Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. _____ <br> Name | XXXX–_____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br><br> Address | | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br><br> Address | | | ☐ No <br> ☐ Yes |

Debtor      Bespoke Construction LLC
            _____      Case number (if known)_____
            Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

Debtor    Bespoke Construction LLC
_____    Case number (if known)_____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |
| 25.2. | Business name and address _____ Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |
| 25.3. | Business name and address _____ Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |

---

Debtor    Bespoke Construction LLC
_____
Name                                                          Case number (*if known*)_____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Liftbridge<br>Name<br>12175 Visionary Way, #740, Fishers, IN 46028 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. Ryan Watson<br>Name<br>11590 N. Meridian St ste 230, Carmel, IN 46032 | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2.<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>Name | |

Debtor   Bespoke Construction LLC
_____
Name

Case number *(if known)*_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   Lake City Bank<br>_____<br>Name |

| Name and address |
|---|
| 26d.2.   Capitalize LLC<br>_____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.   _____<br>Name |

Debtor    Bespoke Construction LLC
_____
          Name

Case number (if known)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2.  _____ |
|        Name |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Cooper | 4370 W. 126th St., Zionsville, IN 46077 | President | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Robert Cooper | 75,000.00 | _____ | 2024 salary |
|        Name | | | |
|        4370 W. 126th Street | | _____ | |
|        Zionsville, IN 46077 | | | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| Owner | | | |

Debtor   Bespoke Construction LLC
_____
Name

Case number (*if known*)_____

| Name and address of recipient | 75,000.00 | _____ | 2024 - Owner Draw |
|---|---|---|---|

30.2

Robert Cooper
_____
Name
4370 W. 126th Street
Zionsville, IN 46077

_____

_____

_____

_____

| Relationship to debtor | _____ |
|---|---|

Owner
_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:      Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/16/2025
               _____
               MM  / DD  / YYYY

✖ /s/ Robert Cooper
_____
Signature of individual signing on behalf of the debtor

Printed name   Robert Cooper
_____

Position or relationship to debtor  _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☒ Yes

Debtor Name  Bespoke Construction LLC

Case number *(if known)*_____

## Continuation Sheet for Official Form 207

7) Legal Actions

Allison Harms vs. Bespoke Construction

29D03-2303-PL-2522

Collection

Hamilton County Superior Court

One Hamilton County Square, Noblesville, IN 46060

Pending

-------

Capitalize Group LLC v. Bespoke

E2025006982

Breach of COntract

Supreme Court of the State of NY

Pending

-------

Rowen Advance LLC v. Bespoke

1:2025004488

Breach of Contract

Supreme Court of New York

Pending

-------

Paychex Inc v. Bespoke

E2025014405

Breach of Contract

Supreme Court of NY

Pending

-------

MNM Masonry, LLC

29D02-2505-CT-005258

Breach of Contract

Hamiton Co. Superior 2

Debtor Name ___Bespoke Construction LLC_____    Case number *(if known)*_____

## Continuation Sheet for Official Form 207

Pending

-------

Capitalize Group, LLC v. Bespoke Construction, LLC et al

E2025006982

Collection

Supreme Court of the State of New York, County of Monre

New York, NY

Concluded

-------

Unique Funding Solutions LLC v. Bespoke Construction and Robert Cooper

CACE-25-005639

Collection

Circuit Court of the Seventeenth Judicial Circuit, Broward County

FL

Pending

-------


26d) Creditors

Rowen Advance

UNique Fudning Solutions

LG Funding


30) Payments, distributions, or withdrawals credited or given to insiders

Name and Address:

Robert Cooper

4370 W. 126th Street
Zionsville, IN 46077

Amount of money or description: $57,000.00

Dates: - , - , -

Reason: 2025 - salary

---

Debtor Name     Bespoke Construction LLC                                Case number (*if known*)_____

### Continuation Sheet for Official Form 207

**Name and Address:**

**Robert Cooper**

**4370 W. 126th Street**
**Zionsville, IN 46077**

**Amount of money or description: $280,000.00**

**Dates: - , - , -**

**Reason: Repayment of loans to company. Rob lent the company approximately $100,000 in 2024 and approximately $650,000 in 2025.**

**---**

**Name and Address:**

**Rob Cooper**

**Amount of money or description: $75,000.00**

**Dates: - , - , -**

**Reason: Repayment of loans to company. Rob lent the company approximately $100,000 in 2024 and approximately $650,000 in 2025.**

**---**

---

**Fill in this information to identify the case and this filing:**

Debtor Name ___Bespoke Construction LLC_____

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/16/2025___       ✖ /s/ Robert Cooper _____
        MM / DD / YYYY       Signature of individual signing on behalf of debtor

                                    Robert Cooper _____
                                    Printed name

                                    _____
                                    Position or relationship to debtor

---

Verification of Creditor List (rev 12/01/18)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana

In re:                        )

Bespoke Construction LLC     )    Case No. _____

*[Name of Debtor(s)]*            )               *(xx-xxxxx)*

_____,    )

              Debtor(s).   )

☐   Check if this form
is submitted with an
amended creditor list.

## <u>VERIFICATION OF CREDITOR LIST</u>

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:   07/16/2025 _____

         /s/ Robert Cooper

         _____

         Signature of Debtor

         _____

         Signature of Joint Debtor

**(Note: Certificate of Service not required.)**

84 Lumber
P.O. Box 365
Eighty Four, PA 15330-0365

ABC Cutting Contractors
P.O. Box 8
Whiteland, IN 46184

ABT
8610 East 106th Street
Fishers, IN 46037

AES Indiana
P.O. Box 110
Indianapolis, IN 46206-0110

Aetna
P.O. Box 1184
Bedford Park, IL 60499

Aflac
1932 Wynnton Road
Columbus, GA 31999

AFLAC
P.O. Box 5626
Chicago, IL 60680

Allegion
65 Scott Swamp Road
Farmington, CT 06032

Allison Harms
12077 Leighton Court
Carmel, IN 46032

Allison Harms
12077 Leighton Court
Zionsville, IN 46077

ALP-ARC 1 Indy 1 Operating Company, LLC
c/o Arden Group
1600 Market Street, Suite 2600
Philadelphia, PA 19103

American Builders & Contractors
One ABC Parkway
Beloit, WI 53511

American Builders & Contractors Supply Co., I
PO Box 415636
Boston, MA 02241

American Builders & Contractors Supply Co., I
One ABC Parkway
Beloit, WI 53511

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express
P.O. Box 981537
El Paso, TX 79998

Artash Investment, LLC
21500 Burbank Blvd, Apt 214
Woodland Hills, CA 91367

Artash Investment, LLC
21500 Burbank Blvd., Apt 214
Woodland Hills, CA 91367

AT&T
c/o Bankruptcy
2220 Campbell Creek Blvd.
Richardson, TX 75082

AWN&R Commercial Law Group, PLLC
30 Two Bridges Rd., Suite 100
New York, NY 10005

AWN&R Commercial Law Group, PLLC
14 Wall Street, 20th Floor
New York, NY 10005

Beehler Cabinerty
745 Hawthorne Street
Zionsville, IN 46077

Berkshire Law, LLC
1320 E. Vermont Street
Indianapolis, IN 46202

Bespoke Development, LLC
8575 Zionsville Road
Zionsville, IN 46077

BP
P.O. Box 9033
Fallbrook, CA 92088

Brickworks Supply LLC
c/o Southfield
8995 W 95th St.
Palos Hills, IL 60465

C T Corporation System, as Representative
Attn: SPRS
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

C3 Cabinet Company, LLC
8575 Zionsville Road
Zionsville, IN 46077

Caldwells
P.O. Box 272
Morristown, IN 46161

Camden & Meridew PC
10412 Allisonville Rd., Suite 200
Fishers, IN 46038

Capital Group, LLC
99 Wall Street, Suite 152
New York, NY 10005

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One
P.O. Box 4069
Carol Stream, IL 60197-4069

Capitalize Group LLC
99 Wall Street
Suite 152
New York, NY 10005

Capitalize Group, LLC
99 Wall Street, Suite 152
New York, NY 10005

Captial One Spark
P.O. Box 30285
Salt Lake City, UT 84130

Citibank, N.A.
Bankruptcy Processing
P.O. Box 6786
Sioux Falls, SD 57117-6786

CitiCards / Costco
P.O. Box 9001016
Louisville, KY 40290-1016

Comcast Cable
P.O. Box 7500
Southeastern, PA 19398-7500

Corporation Service Company, as Representativ
P.O. Box 2576
Springfield, IL 62708

Decks and Docks
4322 W. 96th Street
Indianapolis, IN 46268

Discount Tire
P.O. Box 842349
Los Angeles, CA 90084

DSI
P.O. Box 7411443
Chicago, IL 60674-1443

Ecobak
8511 Zionsville Road
Indianapolis, IN 46268

Equipment Share
P.O. Box 650429
Dallas, TX 75265-0429

FC Marketplace, LLC
707 17th Street, Suite 2200
Denver, CO 80202

First National Bank of Omaha / BPme Rewards
P.O. Box 3128
Omaha, NE 68103

Floor and Decor
P.O. Box 842787
Dallas, TX 75284-2787

Ford Fleetcare
P.O. Box 773317
Detroit, MI 48277

Four Seasons
618 Huber Drive
Lizton, IN 46149

Frank Miller
1690 Frank Miller Rd.
Union City, IN 47390

Funding Circle
P.O. Box 206536
Dallas, TX 75320

George's Concrete
1541 Churchman Ave
Indianapolis, IN 46203

Godby HVAC
7852 Moller Rd.
Indianapolis, IN 46268

Happy Valley Sand and Gravel
4232 E. US Hwy 40
Plainfield, IN 46168

Home Depot Credit Services
P.O. Box 790328
Saint Louis, MO 63179

Huntington Bank
P.O. Box 182519
Columbus, OH 43218

Indiana Department of Revenue
Bankruptcy Section
100 N. Senate Avenue, MS 108
Indianapolis, IN 46204

Indiana Dept. of Workforce Development
10 N. Senate Avenue
Room SE106
Indianapolis, IN 46204-2277

Indie Chegs, LLC
4370 W. 126th Street
Zionsville, IN

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Irving Materials, Inc.
P.O. Box 7048, Group #2
Indianapolis, IN 46207

James and Jill Wilson
6250 Stonegate Ln
Zionsville, IN 46077

JP Morgan Chase
P.O. Box 5294
Carol Stream, IL 60197

JP Morgan Chase Card Services
P.O. Box 15369
Wilmington, DE 19850

Lake City Bank
P.O. Box 790408
Saint Louis, MO 63179

Lake City Bank
P.O. Box 1387
Warsaw, IN 46581

Lake City Bank
100 W. 96th Street
Indianapolis, IN 46260

LEAF Capital Funding, LLC
2005 Market Street, 14th Floor
Philadelphia, PA 19103

Lee Supply
6610 Guion Road
Indianapolis, IN 46268

LG Funding LLC
1218 Union Street
Brooklyn, NY 11225

Lieberman and Klestzick, LLP
1855 Griffin Road, DCOTA-A350
Dania Beach, FL 33004

McComb Window
5425 W.74th Street, Suite 200
Indianapolis, IN 46268

Reynold Berry
Rubin & Levin
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204

Menards
P.O. Box 60506
City of Industry, CA 91716

Richelieu
237 North River Road., Suite 2
Mount Clemens, MI 48043

Michael L. Einterz
Einterz & Einterz
4600 Northwest Plaza West Drivew
Zionsville, IN 46077

Robert Cooper
4370 W. 126th Street
Zionsville, IN 46077

MNM Masonry
8911 Lavendar Ct.
Noblesville, IN 46060

Rowan Advance
1130 Bedford Ave., #68
Brooklyn, NY 11216

MNM Masonry, LLC
10412 Allisonville Rd.
Ste 200, IN 46038

Rowen Advance LLC
1130 Bedford Ave
Brooklyn, NY 11216

Navitas Credit Corp.
P.O. Box 935204
Atlanta, GA 31193

SA Design, LLC
8575 Zionsville Road
Zionsville, IN 46077

Paychex
911 Panorama Trail
Rochester, NY 14625

Sarah Cooper
4370 W. 126th Street
Zionsville, IN 46077

Paychex Inc.
911 Panorama Trial South
Rochester, NY 04625

Screw It LLC
8575 Zionsville Road
Zionsville, IN 46077

Perry d. Monioudis, P.A.
1398 S.W. 160th Ave., Suite 102
Weston, FL 33326

Sherwin Williams
101 W. Prospect Avenue
Cleveland, OH 44115

Porta Palace
7995 W. 21st Street
Indianapolis, IN 46214

Site One
24110 Network Place
Chicago, IL 60673-1241

ProBuild
6031 Connection Drive, Suite 400
Irving, TX 75039

Speedway Superfleet
109 Northpark Blvd., suite 500
Covington, LA 70433

Redefined Flooring
7330 E. 90th Street, #2
Indianapolis, IN 46256

Spraynet
10330 Pleasant St., Suite 400
Noblesville, IN 46060

Synchrony Bank / Amazon
P.O. Box 965064
Orlando, FL 32896-5064

Synchrony Bank / Amazon
P.O. Box 71711
Philadelphia, PA 19176

Synchrony Bank / Lowe's
P.O. Box 965064
Orlando, FL 32896-5064

The Premier Group
12345 Old Meridian Street
Carmel, IN 46032

Tile Shop
P.O. Box 735431
Chicago, IL 60673-5431

U.S. Bank
Cardmember Services
P.O. Box 6335
Fargo, ND 58125-6335

U.S. Bank
P.O. Box 790408
St Louis, MO 63179

Unique Funding Solutions LLC
4600 Sheridan Street, Suite 301A
Hollywood, FL 33021

Unique Funding Solutions, LLC
71 Central Avenue, Suite 200
Valley Stream, NY 11580

Unique Funding Solutions, LLC
4600 Sheridan Street, Suite 301A
Hollywood, FL 33021

Watson CPA
11590 N. Meridian Street, Suite 230
Carmel, IN 46032

WebBank
c/o QuickBooks Captial
P.O. Box 842978
Dallas, TX 75284

Yorkshire Concrete, LLC
8575 Zionsville Road
Zionsville, IN 46077

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

Bespoke Construction LLC
_____ Chapter ___11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Robert Cooper<br>4370 W. 126th St., Zionsville, IN 46077 | 100 | Managing member |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

✖ /s/ Robert Cooper
_____

**Signature of individual signing on behalf of the debtor**

**Date** 07/16/2025_____

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** Indiana - Southern

In re Bespoke Construction LLC

Case No. _____

Chapter  11

_____
(Debtor(s))

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate

possible disqualification or recusal, the undersigned counsel for Bespoke Construction LLC

in the above captioned action, certifies that the following is a (are) corporation(s), other than the

debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the

corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☑ None [check if applicable]

07/15/2025
_____
Date

/s/ Jeffrey Hester
_____
Statement of attorney or Litigant

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

### Southern District of Indiana

**In re** Bespoke Construction LLC

Case No. _____

**Debtor**

Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 20,000.00_____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 450.00_____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

Total compensation shall be based upon the total hours of legal services rendered at the applicable attorney or legal assistant rates, plus expenses, less retainer paid, pursuant to a written engagement letter. No flat fee or flat rate is intended or implied.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the Debtor in any adversary proceeding.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

07/16/2025

*Date*

/s/ Jeffrey Hester, 22048-49

*Signature of Attorney*

Hester Baker Krebs LLC

*Name of law firm*

One Indiana Sq
Suite 1330
Indianapolis, IN 46204